UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HICANIA DOMINGUEZ,                                               :
:
                Plaintiff,                                              :
:    21-CV-1962 (JMF)
    -v-                                                         :
:    ORDER
UNITED STATES OF AMERICA,                                        :
:
                Defendant.                                             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Civil Case Management Plan and Scheduling Order, ECF No. 14, the parties were required to file a joint letter no later than September 23, 2021, indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes and, if so, approximately when they believe a settlement conference should be held.  To date, the Court has not received the parties' letter.  As a courtesy, the deadline is hereby extended, *nunc pro tunc*, to **October 5, 2021.**

       SO ORDERED.

Dated: September 30, 2021
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge