

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 2, 2022

<u>By ECF</u>
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Dominguez v. United States of America*, No. 21 Civ. 1962 (VF) (S.D.N.Y.)

Dear Judge Figueredo:

    This Office represents the United States of America (the "Government") in the above-referenced medical-malpractice action. I write respectfully and with the plaintiff's consent to seek a one-month extension of the Government's time to produce its expert reports and the parties' time to complete expert discovery, to result in the following schedule:

|  | Old Deadline | New Deadline |
|---|---|---|
| Government's Reports Due | May 6, 2022 | June 6, 2022 |
| End of Expert Discovery | May 27, 2022 | June 27, 2022 |

This is the parties' third request for an extension of expert discovery deadlines, the prior two requests having been granted.

    As background, expert discovery commenced in this matter on January 19, 2022. On April 4, 2022, following two extensions of her deadline, the plaintiff produced expert reports for her two experts—OB-GYN Nicolas Psomiadis, M.D., and oncologist David Krag, M.D. Since that time, the Government's experts have been working to analyze the medical care at issue in this litigation and respond to the plaintiff's experts' reports. However, given the complexity of the subject matter and the volume of the medical records at issue, the Government's experts anticipate that they will need an additional month to complete their review of this matter and finalize their reports. Accordingly, the Government respectfully requests a one-month extension of the remaining expert discovery deadlines.

I thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

By:    /s/ Zachary Bannon
                                        ZACHARY BANNON
                                        Assistant United States Attorney
                                        Telephone: 212-637-2728
                                        Facsimile: 212-637-2717
                                        E-mail: Zachary.Bannon@usdoj.gov