

U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

October 28, 2022

<u>By ECF</u>
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Dominguez v. United States of America*, No. 21 Civ. 1962 (VF) (S.D.N.Y.)

Dear Judge Figueredo:

      This Office represents the United States of America in the above-referenced medical malpractice action brought by Hicania Dominguez. I write respectfully on behalf of the parties and in accordance with the Court's order dated September 27, 2022, to provide the Court with a status update on this matter. *See* Dkt. No. 40. Last week, the parties completed our final expert deposition and discovery is now complete. The parties agree that, now that discovery has ended, we would benefit from additional time to discuss settlement with the assistance of our assigned mediator. *See* Dkt. No. 35. We accordingly propose to file a letter with the Court by December 9, 2022, indicating whether settlement is likely or whether this matter should proceed to motion practice or trial.

      We thank the Court for its consideration of this request.

                                        Respectfully,

                                        DAMIAN WILLIAMS
                                        United States Attorney

      By:   */s/ Zachary Bannon*
              ZACHARY BANNON
              Assistant United States Attorney
              86 Chambers Street, Third Floor
              New York, New York 10007