

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

*86 Chambers Street*
*New York, NY 10007*

April 21, 2023

<u>By ECF</u>
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Dominguez v. United States of America*, No. 21 Civ. 1962 (VF) (S.D.N.Y.)

Dear Judge Figueredo:

      This Office represents the United States of America in the above-referenced action brought by Hicania Dominguez. I write respectfully on behalf of the parties and in accordance with the Court's order dated March 14, 2023, to provide the Court with a status update on this matter. *See* Dkt. No. 48. As set forth in the parties' last status report, Dkt. No. 47, this Office has been working with its client agency and the Department of Justice to evaluate a potential settlement and obtain the requisite settlement authority. This Office obtained settlement authority in mid-April and the parties had a mediation on April 14, 2023. We have scheduled an additional mediation for May 22, 2023, at which the parties believe we will either reach agreement or an impasse. Accordingly, the parties propose to submit the materials required by Your Honor's Individual Rules IV(c) and (e) by June 23, 2023, if the parties have not yet reached a settlement by that time.

      We thank the Court for its consideration of this request.

                Respectfully,

                DAMIAN WILLIAMS
                United States Attorney

      By:  */s/ Zachary Bannon*
           ZACHARY BANNON
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007