

U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

July 26, 2023

> Application Granted
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: July 28, 2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 53.

By ECF
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *Dominguez v. United States of America*, No. 21 Civ. 1962 (VF) (S.D.N.Y.)

Dear Judge Figueredo:

     This Office represents the United States of America in the above-referenced action brought by Hicania Dominguez. I write respectfully on behalf of the parties to request an extension of time to submit the materials required by Your Honor's Individual Rules IV(c) and (e) from July 28, 2023, to August 30, 2023. *See* Dkt. No. 52. Since the parties' formal mediation ended, Dkt. No. 50, we have made progress toward a consensual resolution. We seek this extension to allow time for continued conversations about settlement.

     We thank the Court for its consideration of this request.

                                   Respectfully,

                                   DAMIAN WILLIAMS
                                   United States Attorney

             By:    */s/ Zachary Bannon*
                      ZACHARY BANNON
                      Assistant United States Attorney
                      86 Chambers Street, Third Floor
                      New York, New York 10007