

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

August 28, 2023

<u>By ECF</u>
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Dominguez v. United States of America*, No. 21 Civ. 1962 (VF) (S.D.N.Y.)

Dear Judge Figueredo:

      This Office represents the United States of America in the above-referenced action brought by Hicania Dominguez. I write respectfully on behalf of the parties to inform the Court that that parties have reached an agreement-in-principle on the monetary terms of a settlement and to request an adjournment of the August 30, 2023 deadline to submit the materials required by Your Honor's Individual Rules IV(c) and (e). Now that the parties have reached an agreement-in-principle, we are working to draft a settlement stipulation to formalize our preliminary agreement. After the parties have agreed upon terms, this Office will undergo the process of seeking settlement approval from the Department of Justice. To accommodate this process, the parties respectfully request that the Court set a deadline of October 27, 2023 for the parties to submit a status report regarding our progress on settlement, if the matter has not yet been resolved by that time.

      We thank the Court for its consideration of this request.

                                              Respectfully,

Application Granted

*Valerie Figueredo, U.S.M.J.*

                DATED: September 1, 2023

The Clerk of Court is directed to terminate the motion at ECF No. 55.

                                    DAMIAN WILLIAMS
                                    United States Attorney

By:   */s/ Zachary Bannon*
         ZACHARY BANNON
         Assistant United States Attorney
         86 Chambers Street, Third Floor
         New York, New York 10007